IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  17-cv-00523-GPG

TERRELL FREDERICK, an individual, on his own behalf, and on behalf of LF, his minor child,

    Plaintiff,

v.

BBB CS1, LLC,

    Defendant.

---

## ORDER DISMISSING CASE

---

Plaintiff, through counsel, initiated this action on March 1, 2017, by filing a Complaint, ECF No. 1, and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 2.

On April 6, 2017, counsel filed a Notice of Voluntary Dismissal with Prejudice, ECF No. 7, pursuant to Fed. R. Civ. P. 41(a)(1)(A) on Plaintiff's behalf.  The action, therefore, is dismissed as follows.

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  Defendant has not filed an answer in this action.  Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See* 8-41 James Wm. Moore et al., Moore's Federal Practice § 41.33(6)(a) (3d ed. 1997); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th

Cir. 1968). The case, therefore, will be closed as of April 6, 2017, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Notice of Voluntary Dismissal, ECF No. 7, is effective as of April 6, 2017, the date Plaintiff filed the Notice in this action.

DATED at Denver, Colorado, this __12th__ day of __April__, 2017.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court